**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Debtor(s) David F Moisdon     Case No: 6:17-bk-02170-KSJ
    *dba* A Bit of Paradise

[#___ AMENDED (if applicable)] CHAPTER 13 PLAN

**CHECK ONE:**

_____    Debtor[1] certifies that the Plan does not deviate from the model plan adopted by the Court at the time of the filing of this case. Any nonconforming provisions are deemed stricken.

__X__    The Plan contains provisions that are specific to this Plan in paragraph 9, Nonconforming Provisions. Any nonconforming provision not set forth in paragraph 9 is deemed stricken.

1.    **MONTHLY PLAN PAYMENTS.** Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of __60__ months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payment under the plan and may cause an increased distribution to the unsecured class of creditors:

(A)    $__2067____ for months ___1____ through __1_____
(B)    $__2500____ for months ___2____ through _23_____
(C)    $__2300____ for months __24____ through __60_____

To pay the following creditors:

2.    **ADMINISTRATIVE ATTORNEY'S FEES.**

**Base Fee** $_7000_____    **Total Paid Prepetition** $_0_____    **Balance Due** $7000_____

**Estimated Additional Fees Subject to Court Approval**    $_____

**Attorney's Fees Payable through Plan** $___304_____ **Monthly (subject to adjustment)**

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

3. **PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

| Last 4 Digits of Acct No. | Creditor | Total Claim |
|---|---|---|
| | | |
| | | |

4. **TRUSTEE FEES.** Trustee shall receive a fee from each payment received, the percentage of which is fixed periodically by the United States Trustee.

5. **SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments.

(A) **Claims Secured by Real Property Which Debtor Intends to Retain/ Mortgage Payments and Arrears, if any, Paid through the Plan.** If the Plan provides for curing prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments on the following mortgage claims:

| Last 4 Digits of Acct No. | Creditor | Collateral Address | Reg. Mo. Pmt. | Gap Pmt. | Arrears |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

(B) **Claims Secured by Real Property/Debtor Intends to Seek Mortgage Modification.** Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee, calculated at the lesser of 31% of Debtor's gross monthly income from all sources listed on Schedule I, minus homeowner association fees or the normal monthly contractual mortgage payment:

| Last 4 Digits of Acct. No. | Creditor | Collateral Address | Pmt. Amt. (at 31% or Contract Amt.) |
|---|---|---|---|
| 5094 | Bayview Loan | 7785 S US 1 Hwy, Titusville, FL 32780 | $1860 (31%) |
| | | | |

**(C) Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES.** Under 11 U.S.C. § 1322(b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. A separate motion to determine secured status or to value the collateral must be filed. The secured portion of the claim, estimated below, shall be paid:

| Last 4 Digits of Acct No. | Creditor | Collateral Desc./Address | Claim Amt. | Value | Pmt. | Interest @ ___% |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |

**(D)  Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY.** Claims of the following secured creditors shall be paid in full with interest at the rate set forth below as follows:

| Last 4 Digits of Acct No. | Creditor | Collateral Desc./Address | Claim Amt. | Pmt. | Interest @ ___% |
|---|---|---|---|---|---|
| 5897 | TMX Finance | 1994 GMC | $1,000 | $85.84 | 5.5% |
| | | | | | |

**(E) Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearages, if any, with All Payments in Plan.**

| Last 4 Digits of Acct No. | Creditor | Collateral Description | Regular Payment | Arrearages |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**(F) Secured Claims/Lease Claims Paid Direct by Debtor.** The following secured claims/lease claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid direct to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights. (Note: The Plan must provide for the assumption of lease claims that Debtor proposes to pay direct in the Lease/Executory Contract Section 6 below.)

| Last 4 Digits of Acct No. | Creditor | Property/Collateral |
|---|---|---|
| 9163 | Countrywide/Shellpoint Mtg | 7765 Highway 1 S Titusville, FL 32780 |

**(G) Liens to be Avoided per 11 U.S.C. § 522/Stripped Off per 11 U.S.C. § 506.** A separate motion to avoid a lien under § 522 or to determine secured status and to strip a lien under § 506 must be filed.

| Last 4 Digits of Acct No. | Creditor | Collateral Description/Address |
|---|---|---|
| | | |
| | | |

**(H) Surrender of Collateral/Leased Property.** Debtor will surrender the following collateral/leased property. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. (Note: The Plan must provide for the rejection of lease claims in the Lease/Executory Contract section below.)

| Last 4 Digits of Acct No. | Creditor | Property/Collateral to be Surrendered |
|---|---|---|
| Unknown | Aarons | Refrigerator |
| | | |

**(I) Other Secured Claims.** Debtor does not intend to make payments to the following secured creditors. The automatic stay is terminated in rem as to Debtor and *in rem* and *in personam* as to any codebtor with respect to these creditors. Debtor's state law contract rights and defenses are neither terminated nor abrogated.

| | | |
|---|---|---|
| | | |
| | | |

6.  **LEASES/EXECUTORY CONTRACTS.**

| Last 4 Digits of Acct No. | Creditor | Property | Assume/Reject-Surrender | Est. Arrears |
|---|---|---|---|---|
| | | | | |
| | | | | |

7.  **GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $ 5892.15        .

4

8. **ADDITIONAL PROVISIONS:**

(A) Unless otherwise ordered, secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims:

(B) Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

(C) Property of the estate (check one)*

(1) _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise; or

(2) _____ shall vest in Debtor upon confirmation of the Plan.

*If Debtor fails to check (1) or (2) above, or if Debtor checks both (1) and (2), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise.

(D) The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. The Trustee shall only pay creditors with filed and allowed proof of claims. An allowed proof of claim will control, unless the Court orders otherwise.

(E) The Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

(F) Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall spend no tax refunds without prior court approval.**

9. **NONCONFORMING PROVISIONS**: $50 monthly monitoring fee will be paid to the Debtor's Attorney post confirmation

_____
Debtor

Dated: 5-1-17

| filing date | 6/8/2015 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1st pmt date | 7/8/2015 | | | 10.0% | | | | Car 1 - GMC | |
| | Unsecured | | Debtor Pmt | Tee Fee | Bayview - 1st mtg | Countrywide/Shellpoint | | TMX Financial of FL | Mediator Fee |
| plan term  60 | | 60 | | | 7785 S US Hwy 1 | 7765 S US Hwy 1 | Atty Fees | | |
| 7/8/2015  1 | $0.30 | 1 at | $2,067.00 | $206.70 | $1,860.00 | DIRECT | $0.00 | $0.00 | DIRECT |
| 8/8/2015  2 | $0.16 | | $2,500.00 | $250.00 | $1,860.00 | | $304.00 | $85.84 | |
| 9/8/2015  3 | $0.16 | | $2,500.00 | $250.00 | $1,860.00 | | $304.00 | $85.84 | |
| 10/8/2015  4 | $0.16 | | $2,500.00 | $250.00 | $1,860.00 | | $304.00 | $85.84 | |
| 11/8/2015  5 | $0.16 | | $2,500.00 | $250.00 | $1,860.00 | | $304.00 | $85.84 | |
| 12/8/2015  6 | $0.16 | | $2,500.00 | $250.00 | $1,860.00 | | $304.00 | $85.84 | |
| 1/8/2016  7 | $0.16 | | $2,500.00 | $250.00 | $1,860.00 | | $304.00 | $85.84 | |
| 2/8/2016  8 | $0.16 | | $2,500.00 | $250.00 | $1,860.00 | | $304.00 | $85.84 | |
| 3/8/2016  9 | $0.16 | | $2,500.00 | $250.00 | $1,860.00 | | $304.00 | $85.84 | |
| 4/8/2016  10 | $0.16 | | $2,500.00 | $250.00 | $1,860.00 | | $304.00 | $85.84 | |
| 5/8/2016  11 | $0.16 | | $2,500.00 | $250.00 | $1,860.00 | | $304.00 | $85.84 | |
| 6/8/2016  12 | $0.16 | | $2,500.00 | $250.00 | $1,860.00 | | $304.00 | $85.84 | |
| 7/8/2016  13 | $0.16 | | $2,500.00 | $250.00 | $1,860.00 | | $304.00 | $85.84 | |
| 8/8/2016  14 | $0.00 | | $2,500.00 | $250.00 | $1,860.00 | | $340.00 | | |
| 9/8/2016  15 | $0.00 | | $2,500.00 | $250.00 | $1,860.00 | | $340.00 | | |
| 10/8/2016  16 | $0.00 | | $2,500.00 | $250.00 | $1,860.00 | | $340.00 | | |
| 11/8/2016  17 | $0.00 | | $2,500.00 | $250.00 | $1,860.00 | | $340.00 | | |
| 12/8/2016  18 | $0.00 | | $2,500.00 | $250.00 | $1,860.00 | | $340.00 | | |
| 1/8/2017  19 | $0.00 | | $2,500.00 | $250.00 | $1,860.00 | | $340.00 | | |
| 2/8/2017  20 | $0.00 | | $2,500.00 | $250.00 | $1,860.00 | | $340.00 | | |
| 3/8/2017  21 | $0.00 | | $2,500.00 | $250.00 | $1,860.00 | | $340.00 | | |
| 4/8/2017  22 | $0.00 | | $2,500.00 | $250.00 | $1,860.00 | | $340.00 | | |
| 5/8/2017  23 | $48.00 | 22 at | $2,500.00 | $250.00 | $1,860.00 | | $292.00 | | |
| 6/8/2017  24 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 7/8/2017  25 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 8/8/2017  26 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 9/8/2017  27 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 10/8/2017  28 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 11/8/2017  29 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 12/8/2017  30 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 1/8/2018  31 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 2/8/2018  32 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 3/8/2018  33 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 4/8/2018  34 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 5/8/2018  35 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 6/8/2018  36 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 7/8/2018  37 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 8/8/2018  38 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 9/8/2018  39 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 10/8/2018  40 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 11/8/2018  41 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 12/8/2018  42 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 1/8/2019  43 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 2/8/2019  44 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 3/8/2019  45 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 4/8/2019  46 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 5/8/2019  47 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 6/8/2019  48 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 7/8/2019  49 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 8/8/2019  50 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 9/8/2019  51 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 10/8/2019  52 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 11/8/2019  53 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 12/8/2019  54 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 1/8/2020  55 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 2/8/2020  56 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 3/8/2020  57 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 4/8/2020  58 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 5/8/2020  59 | $160.00 | | $2,300.00 | $230.00 | $1,860.00 | | | | |
| 6/8/2020  60 | $160.00 | 37 at | $2,300.00 | $230.00 | $1,860.00 | | | | |
| receiving | $5,970.22 | | $142,167.00 | $14,216.70 | $111,600.00 | | $7,000.00 | $1,030.08 | |
| total unsec. | $5,892.15 | | | | | | | | |
| | 101% | | | | | | | | |

| filing date | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1st pmt date | | | | | | | | | | | | |
| | | | | | | | | | | | FINAL | |
| plan term | 60 | Monitoring | | | | | | | | | | |
| 7/8/2015 | 1 | $0.00 | | | | | | | | | | |
| 8/8/2015 | 2 | $0.00 | | | | | | | | | | |
| 9/8/2015 | 3 | $0.00 | | | | | | | | | | |
| 10/8/2015 | 4 | $0.00 | | | | | | | | | | |
| 11/8/2015 | 5 | $0.00 | | | | | | | | | | |
| 12/8/2015 | 6 | $0.00 | | | | | | | | | | |
| 1/8/2016 | 7 | $0.00 | | | | | | | | | | |
| 2/8/2016 | 8 | $0.00 | | | | | | | | | | |
| 3/8/2016 | 9 | $0.00 | | | | | | | | | | |
| 4/8/2016 | 10 | $0.00 | | | | | | | | | | |
| 5/8/2016 | 11 | $0.00 | | | | | | | | | | |
| 6/8/2016 | 12 | $0.00 | | | | | | | | | | |
| 7/8/2016 | 13 | $0.00 | | | | | | | | | | |
| 8/8/2016 | 14 | $50.00 | | | | | | | | | | |
| 9/8/2016 | 15 | $50.00 | | | | | | | | | | |
| 10/8/2016 | 16 | $50.00 | | | | | | | | | | |
| 11/8/2016 | 17 | $50.00 | | | | | | | | | | |
| 12/8/2016 | 18 | $50.00 | | | | | | | | | | |
| 1/8/2017 | 19 | $50.00 | | | | | | | | | | |
| 2/8/2017 | 20 | $50.00 | | | | | | | | | | |
| 3/8/2017 | 21 | $50.00 | | | | | | | | | | |
| 4/8/2017 | 22 | $50.00 | | | | | | | | | | |
| 5/8/2017 | 23 | $50.00 | | | | | | | | | | |
| 6/8/2017 | 24 | $50.00 | | | | | | | | | | |
| 7/8/2017 | 25 | $50.00 | | | | | | | | | | |
| 8/8/2017 | 26 | $50.00 | | | | | | | | | | |
| 9/8/2017 | 27 | $50.00 | | | | | | | | | | |
| 10/8/2017 | 28 | $50.00 | | | | | | | | | | |
| 11/8/2017 | 29 | $50.00 | | | | | | | | | | |
| 12/8/2017 | 30 | $50.00 | | | | | | | | | | |
| 1/8/2018 | 31 | $50.00 | | | | | | | | | | |
| 2/8/2018 | 32 | $50.00 | | | | | | | | | | |
| 3/8/2018 | 33 | $50.00 | | | | | | | | | | |
| 4/8/2018 | 34 | $50.00 | | | | | | | | | | |
| 5/8/2018 | 35 | $50.00 | | | | | | | | | | |
| 6/8/2018 | 36 | $50.00 | | | | | | | | | | |
| 7/8/2018 | 37 | $50.00 | | | | | | | | | | |
| 8/8/2018 | 38 | $50.00 | | | | | | | | | | |
| 9/8/2018 | 39 | $50.00 | | | | | | | | | | |
| 10/8/2018 | 40 | $50.00 | | | | | | | | | | |
| 11/8/2018 | 41 | $50.00 | | | | | | | | | | |
| 12/8/2018 | 42 | $50.00 | | | | | | | | | | |
| 1/8/2019 | 43 | $50.00 | | | | | | | | | | |
| 2/8/2019 | 44 | $50.00 | | | | | | | | | | |
| 3/8/2019 | 45 | $50.00 | | | | | | | | | | |
| 4/8/2019 | 46 | $50.00 | | | | | | | | | | |
| 5/8/2019 | 47 | $50.00 | | | | | | | | | | |
| 6/8/2019 | 48 | $50.00 | | | | | | | | | | |
| 7/8/2019 | 49 | $50.00 | | | | | | | | | | |
| 8/8/2019 | 50 | $50.00 | | | | | | | | | | |
| 9/8/2019 | 51 | $50.00 | | | | | | | | | | |
| 10/8/2019 | 52 | $50.00 | | | | | | | | | | |
| 11/8/2019 | 53 | $50.00 | | | | | | | | | | |
| 12/8/2019 | 54 | $50.00 | | | | | | | | | | |
| 1/8/2020 | 55 | $50.00 | | | | | | | | | | |
| 2/8/2020 | 56 | $50.00 | | | | | | | | | | |
| 3/8/2020 | 57 | $50.00 | | | | | | | | | | |
| 4/8/2020 | 58 | $50.00 | | | | | | | | | | |
| 5/8/2020 | 59 | $50.00 | | | | | | | | | | |
| 6/8/2020 | 60 | $50.00 | | | | | | | | | | |
| receiving | | $2,350.00 | | | | | | | | | | |
| total unsec. | | | | | | | | | | | | |

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In Re:

David F Moisdon
*Dba* A Bit of Paradise

    Debtor (s).
_____/

Chapter: 13
Case No. 6:17-bk-02170-KSJ

### CERTIFICATE OF SERVICE FOR CHAPTER 13 PLAN

COMES NOW, the undersigned counsel hereby certifies that copies of the Chapter 13 Plan have been furnished by regular U.S. Mail or electronically via ECF to Laurie K Weatherford, PO Box 3450, Winter Park, FL 32790; United States Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801, Debtor David F Moisdon, dba A Bit of Paradise, 7785 South US 1 Hwy, Titusville, FL 32780; and to all parties on the attached creditor matrix, this 1st of May, 2017.

By: /s/ Wayne B. Spivak
Wayne B. Spivak, Esq.
Florida Bar No. 38191
Justin Clark & Associates, PLLC
Attorney for Debtor
500 Winderley Place, Unit 100
Maitland, FL 32751
Tel: 321-282-1055
Fax: 321-282-1051
Email: wspivak@youhavepower.com

```
Label Matrix for local noticing          Bayview Loan Servicing, LLC              David F Moisdon
113A-6                                   c/o Brian R. Kopelowitz, Esquire         7785 South US 1 Hwy
Case 6:17-bk-02170-KSJ                   One West Las Olas Boulevard              Titusville, FL 32780-8119
Middle District of Florida               Suite 500
Orlando                                  Fort Lauderdale, FL 33301-1928
Mon May  1 16:48:00 EDT 2017

Aarons                                   Acct Resolution Specialist               Bayview Loan Servicing, LLC
2920 Cheney Hwy                          PO Box 459079                            4425 Ponce de Leon Blvd., 5th Floor
Titusville, FL 32780-5972                Sunrise, FL 33345-9079                   Coral Gables, FL 33146-1837


Brevard County Tax Collector             Capital One Bank                         Countrywide/Shellpoint Mtg
Attn:  Honorable Lisa Cullen, CFC        P.O. Box 71083                           PO Box 740039
Post Office Box 2500                     Charlotte, NC 28272-1083                 Cincinnati, OH 45274-0039
Titusville FL 32781-2500


Credit One Bank                          Credit Protection Assoc                  Debt Free LLC
P.O. Box 98873                           PO Box 802068                            4737 N Ocean Drive #120
Las Vegas, NV 89193-8873                 Dallas, TX 75380-2068                    Fort Lauderdale, FL 33308-2920


Florida Department of Revenue            Internal Revenue Service                 Justin Clark & Associates
Bankruptcy Unit                          Post Office Box 7346                     500 Winderley Pl. Suite 100
Post Office Box 6668                     Philadelphia PA 19101-7346               Maitland, Fl 32751-7406
Tallahassee FL 32314-6668


Online Collections                       Republic Bank (elastic)                  Simm/Associates
PO Box 1489                              200 S 7th St                             800 Pencader Drive
Winterville, NC 28590-1489               Louisville, KT 40202-2739                Newark, DE 19702-3354


Spectrum                                 TMX Finance of FL                        Wells Fargo Bank Card
c/o Credit Protection Assoc              DBA Instaloan                            MAC F82535-02f
PO Box 9035                              3100 E Colonial Dr                       PO Box 10438
Addison, TX 75001-9035                   Orlando, FL 32803-5108                   Des Moines, IA 50306-0438


Laurie K Weatherford +                   United States Trustee - ORL7/13 7+       Wayne B Spivak +
Post Office Box 3450                     Office of the United States Trustee      Attorneys Justin Clark & Associates PLLC
Winter Park, FL 32790-3450               George C Young Federal Building          500 Winderley Place, Unit 100
                                         400 West Washington Street, Suite 1100   Maitland, FL 32751-7406
                                         Orlando, FL 32801-2210


Brian R Kopelowitz +                     Note: Entries with a '+' at the end of the
Kopelowitz Ostrow                        name have an email address on file in CMECF
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301-1928
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Karen S. Jennemann
Orlando

End of Label Matrix
Mailable recipients    25
Bypassed recipients     1
Total                  26